■ LAURENE A. ELBERS, Respondent-Appellant, v GENESIS HOMES, INC., Defendant, and OSCAR MIMS et al., Appellants-Respondents. [619 NYS2d 991] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cosgrove, J. (Appeals from Order of Supreme Court, Erie County, Cosgrove, J.—Summary Judgment.) Present—Denman, P. J., Pine, Balio, Callahan and Davis, JJ.